# LAW OFFICES OF
# DENNIS J. OURY, L.L.C.

One University Plaza, Suite 200
Hackensack, New Jersey 07601
Telephone No.: (201) 489-5900
Facsimile No.: (201) 489-5505

**Dennis J. Oury**
Joseph M. Andresini
Elaine S. Berkenwald†
Sylvia Hall†
Daniel E. Zwillenberg†

Arthur M. Neiss†
Of Counsel

†Also admitted in NY

September 16, 2008

*[Handwritten: 9/25/08 — So Ordered status conference to be held 11-3-08 at 10:00 AM  Peter Sheridan]*

**BY FAX**

Honorable Esther Salas, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Courtroom 2D
Newark, New Jersey 07102

Re: **Bergen Regional Medical Center, L.P. v.
Bergen County Improvement Authority, et al.
Civil Action No. 2:07-cv-01294-PGS-ES**

Dear Magistrate Judge Salas:

We have served as the attorneys for the defendant Bergen County Improvement Authority in the case referenced above. On or about September 10, 2008, this firm resigned its appointment as counsel to the agency; accordingly, we cannot and do no longer represent the agency in the matter before you. Some time ago, a telephone status conference had been scheduled for tomorrow, at 1:00 p.m., that we therefore cannot participate in.

It is my understanding that the agency has voted to publish a Request(s) for Qualifications seeking outside counsel. Unfortunately, I cannot provide you with further information regarding, for example, the response date for the RFQ.

Thank you for your consideration of this matter.

Respectfully submitted,

Arthur M. Neiss

AMN:mb
cc: James X. Sattely, Jr., Esq.
    James M. Hirschhorn, Esq.