# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

James M. Hirschhorn
Member of the Firm
Direct Dial: (973) 643-5288
E-mail: jhirschhorn@sillscummis.com

One Rockefeller Plaza
New York, NY 10020
Tel: (212) 643-7000
Fax: (212) 643-6500

650 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

March 25, 2009

**By Federal Express**

Hon. Peter. G. Sheridan, U.S.D.J.
Martin Luther King, Jr. Federal Court House
50 Walnut Street
Newark, New Jersey 07101

3/30/09
So Ordered
Peter Sheridan [handwritten annotation]

Re: Bergen Regional Medical Center, L.P. v. Bergen County Improvement Authority, Docket No. 07-1294

Dear Judge Sheridan:

I write with the consent of both defendants to request that the settlement conference currently scheduled for April 1, 2009 be adjourned because scheduling conflicts of counsel have interfered with the remaining fact discovery in this matter.

On Friday, February 27, a preliminary injunction was issued in a bankruptcy matter in Delaware, which scheduled an expedited trial for March 24. That matter required my full commitment until its recent settlement.

In addition, Mr. Menaker, counsel for the Bergen County Improvement Authority, has been on trial since March 16.

As a result, it has not been possible to schedule the remaining three fact depositions in this matter during March. Moreover, in another matter pending in Superior Court in which Bergen Regional Medical Center, L.P., the Bergen County Improvement Authority and Bergen County are co-defendants, the state court has directed 10 days of court ordered depositions between April 6 and April 24.

Accordingly, I respectfully request that the submission of the parties' statements of position, now scheduled for Friday, March 27, and the April 1 settlement conference be adjourned for 30 days. As noted above, all parties consent to this request.

**Sills Cummis & Gross**
A Professional Corporation

Hon. Peter. G. Sheridan, U.S.D.J.
March 25, 2009
Page 2

Finally, I wish to advise the Court that settlement discussions in this matter are actively continuing in the interim.

Respectfully yours,

*James M. Hirschhorn*

JMH/mb

Cc:  Hon. Esther Salas, U.S.M.J.  (By Federal Express)
     Steven L. Menaker, Esq.  (By Federal Express)
     James X. Sattley, Jr., Esq.  (By Federal Express)
     Christine Petruzzell, Esq.  (By Federal Express)